IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DAVID CREECH,
    Plaintiff,

CV# 09-162-KI

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

ORDER

_____

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3608.39 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  Attorney fees should be mailed to Plaintiff's attorney's office as follows: Merrill Schneider, P.O. Box 14490, Portland, OR 97293.  No costs or expenses are to be paid.

    DATED this  5th day of April, 2010.

                                                  /s/ Garr M. King
                                                Garr M. King
                                                United States Magistrate Judge